# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2074

_____

DON BURT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition–Original Jurisdiction.

November 9, 2018

PER CURIAM.

DENIED.

WETHERELL, MAKAR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce Miller, Public Defender, and David Dunkerley, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Respondent.